```
HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
LUCAS WINCHESTER DICKINSON
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LUCAS WINCHESTER DICKINSON,<br><br>        Defendant. | No.  Cr. S 05-478 GEB<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable GARLAND E. BURRELL, Jr. |

      Defendant, LUCAS WINCHESTER DICKINSON, by and through his attorney, Assistant Federal Defender David Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

      1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

      2.     On June 8, 2006, this Court sentenced Mr. Dickinson to a term of 84 months on Count 1, and 60 months on Count 2, to be served consecutively to each other, for a total term of 144 months;

      3.     His total offense level was 25, his criminal history category was IV, and the resulting guideline range was 144 to 165 months;

4. The sentencing range applicable to Mr. Dickinson was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Dickinson's total offense level has been reduced from 25 to 23, and his amended guideline range is 130 to 147 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Dickinson's term of imprisonment to a term of 70 months on Count 1, 60 months on Count 2, to be served consecutively to each other, for a total term of 130 months.

Respectfully submitted,

Dated:  January 12, 2015                         Dated:   January 12, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                              Federal Defender


 /s/ *Jason Hitt*                                              /s/ *David M. Porter*
JASON HITT                                             DAVID M. PORTER
Assistant U.S. Attorney                            Assistant Federal Defender

Attorney for Plaintiff                                Attorney for Defendant
UNITED STATES OF AMERICA              LUCAS WINCHESTER DICKINSON


**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Dickinson is entitled to the benefit Amendment 782, which reduces the total offense level from 25 to 23, resulting in an amended guideline range of 130 to 147 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2006 is reduced to a term of 70 months on Count 1, and 60 months on Count 2, to be served consecutively to each other, for a total term of 130 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

1 | reduction in sentence, and shall serve certified copies of the amended judgment on the United
2 | States Bureau of Prisons and the United States Probation Office.
3 |     Unless otherwise ordered, Mr. Dickinson shall report to the United States Probation
4 | Office within seventy-two hours after his release.
5 | Dated: January 13, 2015

```
                        _____
                        GARLAND E. BURRELL, JR.
                        Senior United States District Judge
```